

# UNITED STATES DISTRICT COURT
### District of Connecticut
### U.S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

# **M E M O R A N D U M**

December 23, 2025

**To:** Honorable Michael P. Shea
United States District Judge

**From:** Alyssa Zargos *AZ*
United States Probation Officer

**Subject:** Jahliil Parrott Dkt. No. 3:20CR00158-2 (MPS)
**Status Report**

On June 13, 2025, Mr. Parrott commenced his 3-year term of supervised release. Since that time, he has failed to align with his conditions of release, most notably substance use. On October 30, 2025, he appeared before Your Honor, for an initial presentment on violations of release and the case was continued. The following status update is being provided as ordered by the Court.

Mr. Parrott continues to reside with his mother in Windsor, Connecticut. In addition, he remains unemployed, and unable to submit restitution payments. He reported submission of 43 online applications without success. However; since November 13, 2025, he has attended 2 interviews, resulting in connection to JRN Staffing Agency. As a result, he was instructed to contact the agency on a weekly basis, for potential employment placement.

Since October 31, 2025, Mr. Parrott has engaged in weekly Relapse Prevention groups at Community Renewal Team (CRT) in Hartford, Connecticut. On November 7, and December 5, 2025, he missed group sessions. In addition, he is subjected to random drug testing. On November 21, 2025, he tested positive for cocaine. Additionally, on November 6, 20, December 1, 9 and 19, 2025, he failed to report for drug testing. On December 12, 2025, CRT placed Mr. Parrott on a behavioral contract, in response to his substance use. He was informed should he continue to test positive, he would be re-evaluated for a higher level of care.

*Action  •  Integrity  •  Resilience  •  Community*

Consequently, on November 24, 2025, the supervising officer instructed Mr. Parrott to observe a Support Court session based on his substance use. To date, he has failed to attend a session, reporting a lack of transporation.

On November 19, 2025, contact was made with the probation officer assigned to Mr. Parrott for his state supervision. Information provided revealed he is required to report to the office 2 times per month and to adhere to his conditions of supervised release, as part of his state supervision.

Should Your Honor wish to discuss this matter further, I am available at the Court's convenience and can be reached at (860) 962-9226.

cc: Anne Silver, Federal Public Defender
Brendan Keefe, Assistant U.S. Attorney